# UNITED STATES DISTRICT COURT
для the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:24-mj-155-01-AJ
)
UPS Next Day Air Saver Parcel )
1Z 7WR 631 13 02383211 )
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

UPS Next Day Air Saver parcel 1Z 7WR 631 13 02383211, addressed to Christina Thomas, 55 Amory St #409, Manchester, NH 03102, that is presently in the custody of DEA Portsmouth Tactical Diversion Squad Office in Portsmouth, NH

located in the _____ District of ___New Hampshire___, there is now concealed *(identify the person or describe the property to be seized)*:

See attached affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute and Distribution of a Controlled Substance(s) |
| 21 U.S.C. 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substance(s) |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

/s/ Robert Lukacz
*Applicant's signature*

Robert Lukacz, Task Force Officer, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___Telephonic Means___ *(specify reliable electronic means)*.

*Andrea K. Johnstone*

Date: **Jul 1, 2024**
*Judge's signature*

City and state:   Concord, New Hampshire   Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset